DANIEL M. DAVIS (SBN 065589)
Attorney at Law
816 Alhambra Boulevard
Sacramento, California 95816
Telephone: (916) 441-4586

Attorney for Defendant JOSE ANTHONY PUGLISI


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. S-03-410-GEB |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| | Judge: Hon. GARLAND E. BURRELL, JR. |
| JOSE ANTHONY PUGLISI, | |
| Defendant. | |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney S. Robert Tice-Raskin, and Defendant Jose Anthony Puglisi, through his attorney Daniel M. Davis, as follows:

It is agreed that the current surrender for service of sentence at the institution designated by the Bureau of Prisons of 2:00 p.m. on 8/20/05 be changed to November 20, 2005.  This

1

change is being requested by both parties due to the

defendant's continuing assistance to law enforcement.

Respectfully submitted,


Dated: August 18, 2005    /s/ S. ROBERT TICE-RASKINt
                          S. ROBERT TICE-RASKIN
                          Assistant U.S. Attorney

Dated: August 4, 2005     /s/ Daniel M. Davis
                          DANIEL M. DAVIS
                          Attorney for JOSE ANTHONY PUGLISI


IT IS SO ORDERED:


Dated:  August 18, 2005


                          /s/ Garland E. Burrell, Jr.
                          GARLAND E. BURRELL, JR.
                          United States District Judge

2