UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>                Plaintiff,            )<br>                                      )<br>     v.                               )<br>                                      )<br>JOSE ANTHONY PUGLISI,                 )<br>                                      )<br>                Defendant.            )<br>_____) | 02:03-cr-0410-GEB<br><br><u>ORDER STRIKING STIPULATION<br>AND ORDER TO SHOW CAUSE</u> |

      Attorney Daniel M. Davis electronically filed a "Stipulation and Order" on which my signature appeared.  No lawyer has authority to sign an order on my behalf.  Therefore, the "Stipulation and Order," filed November 17, 2005, as Docket entry 23, is stricken.

      Attorney Daniel M. Davis is ordered to show cause ("OSC") in a written document, filed no later than 12:00 noon on November 21, 2005, why he should not be sanctioned for placing my signature on the "Stipulation and Order."  Attorney Davis shall state in his written response to the OSC whether he desires a hearing on the OSC.  If a hearing is requested, it will be held on November 22, 2005, at 9:00 a.m. in Courtroom 10.

      IT IS SO ORDERED.

DATED: November 17, 2005

                                            <u>/s/ Garland E. Burrell, Jr.</u>
                                            GARLAND E. BURRELL, JR.
                                            United States District Judge