UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>  v.<br>JOSE ANTHONY PUGLISI,<br>            Defendant. | 02:03-cr-0410-GEB<br><br><u>ORDER</u> |

      Defendant's current date for surrender for service of sentence at the institution designated by the Bureau of Prisons, which is 2:00 p.m. on November 20, 2005, is continued to 2:00 p.m. on January 20, 2006.[1]

      IT IS SO ORDERED.

Dated:  November 18, 2005

                                       <u>/s/ Garland E. Burrell, Jr.</u><br>
                                       GARLAND E. BURRELL, JR.<br>
                                       United States District Judge

---

[1] The parties requested this continuance in the "Stipulation and Order" which was stricken on January 17, 2005.