UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 02:03-cr-0410-GEB |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| JOSE ANTHONY PUGLISI, ) | |
| ) | |
| Defendant. ) | |

The Order filed November 18, 2005, is amended as follows: The word "January" in footnote one is replaced with the word "November."

IT IS SO ORDERED.

DATED: November 21, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge