UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>                    Plaintiff,     )<br>                                    )<br>     v.                             )<br>                                    )<br>JOSE ANTHONY PUGLISI,               )<br>                                    )<br>                    Defendant.     )<br>_____) | 02:03-cr-0410-GEB<br><br><u>ORDER</u> |

   In light of the November 21, 2005, response of counsel Daniel M. Davis to the Order to Show Cause ("OSC") issued on November 17, 2005, the OSC is discharged. But Mr. Davis is warned that his statement that "[s]uch mistakes do happen," indicates that he has not devised a filing system to ensure that <u>he never signs a judge's name to a document again</u>. It is essential for counsel to devise a filing system that provides this assurance. Developing such a system "is not only a mark of elementary professional competence," but is "common sense" to any attorney seeking to avoid sanctioning jurisprudence and more serious allegations concerning counsel's unauthorized placement of a judge's signature on any document. <u>Dela Rosa v. Scottsdale Mem'l Health Sys.</u>, 136 F.3d 1241, 1244 (9th Cir. 1998).

////

Attorney Daniel M. Davis <u>shall</u> devise a filing system that ensures the "mistake" at issue never happens again.[1]

IT IS SO ORDERED.

DATED: November 21, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Mr. Davis's "request that the Court 'un-strike' the Stipulation and Order that was filed on November 17, 2005," <u>is denied with prejudice</u>. Mr. Davis should have realized, by the issuance of an OSC, that I will not condone the accidental forging of my signature. His insistence that my forged signature remain part of the record, in light of the OSC, is disturbing and indicates that he does not fully appreciate the wrongfulness of his action. Mr. Davis needs to realize that his "mistake" is a serious matter and for that reason I will not "un-strike" the offending document.