DANIEL M. DAVIS (SBN 065589)
Attorney at Law
816 Alhambra Boulevard
Sacramento, California 95816
Telephone: (916) 441-4586

Attorney for Defendant JOSE ANTHONY PUGLISI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. S-03-410-GEB |
| Plaintiff, | **STIPULATION AND ORDER REGARDING SURRENDER DATE** |
| v. | Judge: Hon. GARLAND E. BURRELL, JR. |
| JOSE ANTHONY PUGLISI, | |
| Defendant. / | |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney S. Robert Tice-Raskin, and Defendant Jose Anthony Puglisi, through his attorney Daniel M. Davis, as follows:

It is agreed that the current surrender for service of sentence at the institution designated by the Bureau of Prisons of 2:00 p.m. on January 20, 2006 be changed to February 3, 2006. This change is being requested by the defendant, and not opposed by the government, due to the defendant having been re-

1

designated to surrender from an Arizona institution to McRae Correctional Institution in McRae, Georgia. The defendant resides in California and is not employed. The U.S. Marshall's Office notified defendant's attorney about the change less than one week ago (January 12, 2006) and defendant does not have the means or ability to travel to this institution within the very short time constraints that now exist. For background information only, defendant has provided substantial assistance to law enforcement on several matters in the past several months since his sentencing and the attorney for the government is contemplating filing a Rule 35 motion, though he is not prepared at this time to make this decision.

Respectfully submitted,

Dated: January 17, 2006   /s/ S. ROBERT TICE-RASKIN
                          S. ROBERT TICE-RASKIN
                          Assistant U.S. Attorney

Dated: January 17, 2006   /s/ DANIEL M. DAVIS
                          DANIEL M. DAVIS
                          Attorney for JOSE ANTHONY PUGLISI

IT IS SO ORDERED:

Dated: 1/20/06            GARLAND E. BURRELL
                          U.S. DISTRICT COURT JUDGE