BENJAMIN B. WAGNER
United States Attorney
ANA MARIA MARTEL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2726

Attorneys for Plaintiff


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CR S 03-410-GEB |
| v. | ) | |
| JOSE A.  PUGLISI, | ) | |
| Defendant. | ) | |


**UNITED STATES OF AMERICA'S PETITION FOR REMISSION OF FINE**

The United States of America petitions this Court pursuant to 18 U.S.C. § 3573 for remission of the unpaid criminal fine owed by the defendant, Jose A.  Puglisi.

1.  Mr. Puglisi was sentenced by this court on May 20, 2005, to pay a statutory assessment of $200.00 and a fine of $2,000.00.  The defendant was deported and the current unpaid portion of the fine is $1,420.00.

2.  Title 18 U.S.C. § 3573 states in part, as follows:

> Upon petition by the Government showing that reasonable efforts to collect a fine or assessment are not likely to be effective, the court may, in the interest of justice-

USA's Petition For Remission of Fine          1

1          (1) remit all or part of the unpaid portion of the
2          fine or special assessment, including interest and
           penalties.

3      3.   The United States Attorney has determined that there is no

4   reasonable likelihood that expending further efforts will result in

5   the collection of the unpaid portion of the fine.  Any further efforts

6   would be contrary to the interests of the United States, as such

7   efforts would needlessly expend resources that could be better

8   directed to areas with greater potential for recovery.

9      ACCORDINGLY, the United States petitions this Court pursuant to

10  18 U.S.C. § 3573 for an Order remitting the outstanding balance of the

11  fine owed by the defendant Jose A.  Puglisi.

12  DATED: _____            Respectfully submitted,

13                                     BENJAMIN B. WAGNER
                                       United States Attorney
14

15                          By:_____
16                                     ANA MARIA MARTEL
                                       Assistant United States Attorney

17

18

19

20

21

22

23

24

25

26

27

28  USA's Petition For Remission of Fine            2

1

2

3

4

5                     IN  THE  UNITED  STATES  DISTRICT  COURT  FOR  THE

6                            EASTERN  DISTRICT  OF  CALIFORNIA

7

UNITED STATES OF AMERICA,              )
8                                      )
                    Plaintiff,         )      CR S 03-410-GEB
9                                      )
        v.                             )
10                                     )
JOSE A.  PUGLISI,                      )
11                                     )
                    Defendant.         )
12 ─────────────────────────────────── )

13                      **ORDER FOR REMISSION OF FINE**

14       This matter is before the court on the petition of the United

15 States for remission of the unpaid portion of the criminal fine owed

16 by the defendant, in accordance with the provisions of 18 U.S.C. §

17 3573.  The court finds it has jurisdiction over the subject matter and

18 the parties, and having reviewed the petition;

19       ORDERS that the unpaid portion of the criminal fine imposed

20 against the defendant Jose A.  Puglisi is hereby remitted.

21 IT IS SO ORDERED:

22 Dated:  May 7, 2010

23

24       _____
         GARLAND E. BURRELL, JR.
25       United States District Judge

26

27

28 Draft Petition for Remission of Fine                    1